Before the STATE INDUSTRIAL COMMISSION, Respondent: In the Matter
of the Claim of GEORGE J. VANCE, Respondent, for Compensation for

---

* Consol. Laws, chap. 17 (Laws of 1909, chap. 22), § 55a, added by
Laws of 1913, chap. 820, as amd. by Laws of 1914, chap. 244.— [REP.

Himself, v. PETER A. FRAZEE & COMPANY, INC., Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of SALVATORE DOMENICO ANTONIO, for Compensation, v. RODGERS & HAGERTY, INC.— Motion denied.